**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLO MARENCO, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-00595-BLF<br><br>**ORDER TO SHOW CAUSE** |

No filings have been made in this case since February 17, 2021. ECF No. 11. Defendants have not appeared, but Plaintiff has not filed a motion for entry of default or any other request. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge